UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cr262-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER AND JUDGMENT |
| v. | ) | CONFIRMING FORFEITURE |
| | ) | |
| (1) CASEY JUSTIN CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

On November 8, 2013, this Court entered an Amended Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Counts One and Two in the Bill of Indictment and evidence already on record. (Doc. No. 61).

On November 19, 2013 through December 18, 2013, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from November 19, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore **ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

- **One Sig Sauer Saver P238 pistol serial number 27A118782 with magazine and ammunition;**
- **One GSG-5, .22 caliber rifle, serial number A309062 and ammunition;**
- **One North American Arms, .22 caliber handgun, serial number L090088 and ammunition;**
- **One Mossburg 702 Plinkster rifle, serial number EEK216804 and ammunition;**
- **One Reminington LR 512 .22 caliber rifle serial number PUU11 and ammunition;**
- **One Taurus, model B3, .22 caliber rifle, serial number XH4464 and ammunition;**
- **One Windstar 270 rifle and ammunition;**
- **One Walther P22, .22 caliber pistol, serial number L073599 and ammunition;**
- **One Glock 27 pistol, serial number KKM768 with magazine and ammunition;**
- **One Remington 770 rifle, serial number G6821924 and ammunition;**
- **One Panther Arms 223 A-15 semi-automatic rifle, serial number FH49577 and ammunition;**
- **One Intratec, model Tec 9 AB-10, 9mm pistol, serial number A058935 and ammunition;**
- **One Mauser Argentino 1891 rifle, serial number E5803 and ammunition; and**
- **One AK-47 WAS R-10 rifle, serial number 1-22482-2009 and ammunition.**

Signed: December 16, 2014

Robert J. Conrad, Jr.
United States District Judge